**No. 61167.**—Stone & Downer Company *v.* United States, protest 309090–K (Boston).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

AUGUST 20, 1957

**No. 61168.**—SUIT 4902.—B. K. Elliott Company *v.* United States.——Abstract 60241 reversed June 10, 1957. C. A. D. 659.